John A. Vogt (State Bar No. 198677)
javogt@jonesday.com
Ryan D. Ball (State Bar No. 321772)
rball@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
(T) 949-851-3939
(F) 949-553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HOPGOOD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a corporation,<br><br>Defendant. | Case No. 8:22-cv-01400-JWH-ADS<br><br>Assigned to: John W. Holcomb<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION** |

Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, hereby files this Notice of Supplemental Authority in Support of Experian's Motion to Compel Arbitration ("Motion") (ECF No. 27). In *Cimillo v. Experian Info. Sols., Inc.*, No. 21 CV 9132 (VB), 2023 WL 2473403 (S.D.N.Y. March 13, 2023), the court considered the same arbitration agreement at issue here, finding that the plaintiff, like Mr. Hopgood, agreed to arbitration with Experian Information Solutions, Inc. when he subscribed to CreditWorks and agreed to the Terms of Use in doing so. A true and correct copy of the *Cimillo* decision is attached hereto as Exhibit A.

Dated: March 15, 2023

JONES DAY

By: /s/ John A. Vogt
John A. Vogt

Attorneys for Defendant
Experian Information Solutions, Inc.