MICHAEL F. RAM (SBN 104805)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
633 West Fifth Street, Suite 2652, Los Angeles, CA 90071
Telephone:   (415) 358-6913
Facsimile:    (415) 418-6293
mram@ForThePeople.com

JOHN A. YANCHUNIS
(*Pro Hac Vice*)
PATRICK A. BARTHLE II
(*Pro Hac Vice*)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 222-4795
jyanchunis@ForThePeople.com
pbarthle@ForThePeople.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER HOPGOOD, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a corporation,<br><br>Defendant. | Case No.: 8:22-cv-01400-JWH-ADS<br>Assigned to: Hon. John W. Holcomb<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION TO COMPEL ARBITRATION** |

Plaintiff Walter Hopgood ("Plaintiff"), individually and on behalf of all others similarly situated, files this Notice of Supplemental Authority in Opposition to Defendant Experian Information Solutions' Motion to Compel Arbitration (Docs. 27 and 28). In *Jackson v. Amazon.com, Inc.*, No. 3:20-cv-2365 (9th Cir. April 19, 2023) (Doc. 53), the Ninth Circuit affirms the principle at issue here, that, "[t]o be arbitrable, the dispute must relate to the [arbitration] contract," and that "even under broad arbitration clauses like this one, factual allegations must at least 'touch matters' covered by the contract containing the arbitration clause." *Id.* at 17 (citation omitted). As in *Jackson*, Plaintiff's claims "are not dependent on the terms of the contract," which simply does not apply to him in this case. *Id.* at 19. *Jackson* is attached hereto as Exhibit A.

Date: May 3, 2023               Respectfully Submitted,

*/s/ John A. Yanchunis*

MICHAEL F. RAM (SBN 104805)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
633 West Fifth Street, Suite 2652, Los Angeles, CA 90071
Telephone:     (415) 358-6913
Facsimile:     (415) 418-6293
mram@ForThePeople.com

JOHN A. YANCHUNIS
(*Pro Hac Vice*)
PATRICK BARTHLE
(*Pro Hac Vice*)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 559-4908
Facsimile: (813) 222-4795
jyanchunis@forthepeople.com
pbarthle@ForThePeople.com

*Attorneys for Plaintiff and the Putative Class*