| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 25 2024 |
| | MOLLY C. DWYER, CLERK <br>U.S. COURT OF APPEALS |

WALTER HOPGOOD, individually and on behalf of all other similarly situated,

    Plaintiff - Appellant,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant - Appellee.

No. 24-911

D.C. No. 8:22-cv-01400-JWH-ADS
Central District of California, Santa Ana

ORDER

On February 26, 2024, this court ordered appellant, within 21 days, either to move for voluntary dismissal of this appeal or show cause why it should not be dismissed for lack of jurisdiction. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

This order served on the district court will, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT